[No. 43199-8-II.   Division Two.   January 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LEE SORENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-01995-2, Richard A. Melnick, J., entered March 8, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Bjorgen and Maxa, JJ.

[No. 43295-1-II.   Division Two.   January 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN BURKE MCGRAW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01198-6, Brian M. Tollefson, J., entered March 9, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 43514-4-II.   Division Two.   January 28, 2014.]

WESTERN PLAZA, LLC, *Respondent*, v. NORMA TISON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-02564-8, Gary R. Tabor, J., entered May 21, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J. Now published at 180 Wn. App. 17.

[No. 43689-2-II.   Division Two.   January 28, 2014.]

JOHN WORTHINGTON, *Appellant*, v. WESTNET, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-2-02698-3, Anna M. Laurie, J., entered June 27, 2012. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Bjorgen and Maxa, JJ. Now published at 179 Wn. App. 788.